THE LIVERPOOL & LONDON & GLOBE INSURANCE COMPANY LIMITED, Appellant, *v.* FEDERAL COMMERCE & NAVIGATION COMPANY LIMITED, Respondent.

Argued February 24, 1949; decided March 4, 1949.

*Edward Jerome, Richard T. Graham* and *Seymour Simon* for appellant.

*Harriet L. Garofalo* for respondent.

Appeal dismissed upon the ground that the case is not one " where the only question involved on the appeal is the validity of a statutory provision of the state or of the United States under the constitution of the state or of the United States ". (N. Y. Const., art. VI, § 7, subd. 2.)   No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.